ACCEPTED
01-15-00635-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
11/9/2015 10:23:13 AM
CHRISTOPHER PRINE
CLERK

## APPEAL NO. 01-15-00635-CR

_____

IN THE COURT OF APPEALS FOR THE
FIRST JUDICIAL DISTRICT AT HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
11/9/2015 10:23:13 AM
CHRISTOPHER A. PRINE
Clerk

_____

RUBEN MALDONADO,
*Appellant*,

Vs.

THE STATE OF TEXAS,
*Appellee*.

_____

### ATTORNEY PATRICK F. McCANN'S MOTION TO WITHDRAW AS COUNSEL OF RECORD

TO THE HONORABLE JUSTICES OF THE 14TH COURT OF APPEALS:

Appointed counsel of record, Patrick F. McCann, respectfully moves this Honorable Court to GRANT him leave to withdraw as counsel of record in this appeal. In support of such motion, Appellant would show the Court the following:

(1)	Mr. Maldonado executed a paupers oath, and the undersigned counsel was appointed to represent him in this appeal. (Attachment A).

(2)	On August 20, 2015, the Honorable F. Clinton Broden "enter[ed] his appearance on behalf of Appellant Ruben Maldonado" in this appeal. (Attachment B).

(3)     The undersigned counsel is still listed as counsel of record in this matter, and receiving notices concerning the appeal.

(3)     Withdrawal can be accomplished without material adverse effect on the interests of the client and without unnecessarily delaying the due administration of justice.

## CONCLUSION AND PRAYER

**WHEREFORE, PREMISES CONSIDERED**, Movant, Patrick F. McCann, respectfully requests that the Court will, in all things, **GRANT** his motion and withdraw his name as attorney of record in the above styled and numbered cause.

DATED this 9th day of November, 2015.

Respectfully Submitted,

/s/  *Patrick F. McCann*

State Bar No. 00792680
Law Office of Patrick F. McCann
Suite 205, Rice Hotel
909 Texas Avenue
Houston, Texas 77002
(713) 223-3805
eFax:

**Counsel of Record for the
Appellant**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foreging ATTORNEY PATRICK F. McCANN'S MOTION TO WITHDRAW AS COUNSEL OF RECORD has been duly served upon counsel representing the State of Texas in this matter by either Hand Delivery, ***Prepaid United States Mail*** **(Appellant Maldonado)**, E-mail**,** ***Facsimile*** **(Broden Esq.)**, or through this ***Court's Electronic Filing System*** **(Curry, Esq.)** on this 9th day of November, 2015, addressed as follows:

Allen Curry, Esq.
Assistant District Attorney
Harris County, Texas
1201 Franklin, Sixth Floor
Houston, Texas 77002

F. Clinton Broden, Esq.
Broden, Mickelson, Helms & Snipes
2600 State Street
Dallas, Texas 75204
FAX: (214) 720-9594

Ruben Maldonado
TDC# 2011367
Polunsky Unit
3872 FM 350 South
Livingston, TX 77351

/s/ ***Patrick F. McCann***

# ATTACHMENT A

# PAUPER'S OATH ON APPEAL

CAUSE NO.: *1377423*          OFFENSE: *AggSxAssCh <14*

THE STATE OF TEXAS           *209* DISTRICT COURT

VS.                          OF

*RUBIN MALDONADO*            HARRIS COUNTY, TEXAS

TO THE HONORABLE JUDGE OF SAID COURT:

   NOW COMES *RUBEN MALDONADO*, defendant in the above styled and numbered cause, and states under oath that he is without funds, property or income. The defendant respectfully petitions the court to: (check all that apply)

  ☑ — Appoint appellate counsel to represent him.

  ☑ — Asks the court to order that a free record be provided to him.

X _____
                DEFENDANT

SUBSCRIBED AND SWORN to before me, this ___16___ day of ___July___ A.D., 20 __15__.

**FILED**
Chris Daniel
District Clerk

JUL 16 2015

Time:_____
       Harris County, Texas
By_____
        Deputy

_____
DEPUTY DISTRICT CLERK
*209* DISTRICT COURT
HARRIS COUNTY, TEXAS

## ORDER

On ___7/16/15___ the court conducted a hearing and found that the defendant is indigent.

☑ The court orders that ___Patrick McCann___ is appointed to represent defendant/appellant on appeal.

☑ The court reporter is ordered to prepare and file the reporter's record without charge to the defendant/appellant.

It is further ordered that the clerk of this court mail a copy of the order to the court reporter: *Valdeane Wainwright* by certified mail return receipt requested.

JUL 27 2015

_____
JUDGE PRESIDING
*209* DISTRICT COURT
HARRIS COUNTY, TEXAS

## AFFIRMATION

I, ___Patrick McCann___, Attorney at Law, swear or affirm that I will be solely responsible for writing a brief and representing the appellant on appeal. If I am not able to preform my duties as appellate counsel, I will notify the court immediately so that the court may take the appropriate action as deemed necessary.

*M M__ for Patrick M. Cann*    50792680 / 00792680
ATTORNEY (SIGNATURE)                BAR/SPN NUMBER

*909 Texas Ave. Ste 205*        *Houston TX 77002*
ADDRESS                          CITY        STATE   ZIP

*713. 444. 2826*                 _____
PHONE                            FAX NUMBER

*writlawyer@justice.com*
EMAIL ADDRESS

SWORN TO AND SUBSCRIBED BEFORE ME ON ___JUL 27 2015_____.

_____
DEPUTY DISTRICT CLERK (SIGNATURE)
DISTRICT CLERK

# ATTACHMENT B

ACCEPTED
01-15-00635-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
8/20/2015 11:38:04 AM
CHRISTOPHER PRINE
CLERK

# COURT OF APPEALS FOR THE FIRST DISTRICT OF TEXAS
## HOUSTON, TEXAS

<table>
<tr><td>

**RUBEN MALDONADO,**

  **Appellant,**

**V.**

**STATE OF TEXAS,**

  **Appellee.**
_____
</td><td>

)
)
)
)
)
)
)
)
)
)
)
)
)
</td><td>

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

8/20/2015 11:38:04 AM

CHRISTOPHER A. PRINE
Clerk

**CAUSE NO**
**01-15-00635-CR**
</td></tr>
</table>

## ENTRY OF APPEARANCE

F. Clinton Broden of the Law Firm Broden, Mickelsen, Helms & Snipes, LLP hereby enters his appearance on behalf of Appellant Ruben Maldonado in the above referenced case.

        Respectfully submitted,


        /s/ F. Clinton Broden
        F. Clinton Broden
        Tx. Bar 24001495
        Broden, Mickelsen, Helms & Snipes, LLP
        2600 State Street
        Dallas, TX 75204
        (214) 720-9552
        (214) 720-9594 (facsimile)

        Attorney for Appellant
        Ruben Maldonado

## CERTIFICATE OF SERVICE

I, F. Clinton Broden, certify that on August 20, 2015, I caused a copy of the above document to be mailed by first class mail, postage prepaid, on the Harris County District Attorney's Office, 1201 Franklin Street, Suite 600, Houston, Texas 77002-1923.

/s/ F. Clinton Broden
F. Clinton Broden